JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

OWEN P. MARTIKAN (CSBN 177104)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7241
    Facsimile: (415) 436-7234
    owen.martikan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 01-0344-26 MHP |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | [PROPOSED] ORDER MODIFYING |
| | ) | DEFENDANT'S CONDITIONS OF |
| CHAD LITTLETON, | ) | SUPERVISED RELEASE |
| | ) | |
|     Defendant. | ) | |

       This case came before the Court on April 19, 2010, for a hearing regarding the Probation Office's Petition alleging that Defendant Chad Littleton violated various conditions of his supervised release.  Consistent with the Court's remarks from the bench at that hearing, and with the agreement of the parties and Probation, the Court hereby ORDERS that defendant Chad Littleton shall be RELEASED FROM CUSTODY forthwith and that the conditions of his supervised release shall be amended as follows:

       1.     Immediately upon his release, Littleton shall proceed to the Cornell Corrections halfway house in San Francisco, California, where he will reside for a minimum of thirty days up

to a maximum of sixty days, with the date of his release from the halfway house within that range to be subject to the Probation Officer's approval of Littleton's residence and employment situation;

2. Littleton shall abide by all of the rules and regulations of the halfway house; and

3. All other conditions of Littleton's supervised release shall remain in effect.

SO ORDERED.

Dated: 4/19/10

HON. MARILYN H. PATEL
United States District Judge